Sue SHERMAN, Plaintiff–Appellant,

v.

WASHINGTON STATE JUDICIAL
SYSTEM, for the State of WASH-
INGTON, Defendant–Appellee.

No. 12–35480.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2013.*

Oct. 4, 2013.

Sue Sherman, pro se.

William Gerard Clark, Assistant Attor-
ney General, AGWA–Office of the Wash-
ington Attorney General, Seattle, WA, De-
fendant–Appellee.

Before: RAWLINSON, N.R. SMITH,
and CHRISTEN, Circuit Judges.

MEMORANDUM **

Sue Sherman appeals pro se from the
district court's judgment dismissing her 42
U.S.C. § 1983 action alleging constitutional
violations arising from state court proceed-
ings concerning real property. We have
jurisdiction under 28 U.S.C. § 1291. We
review de novo. *Noel v. Hall,* 341 F.3d
1148, 1154 (9th Cir.2003). We affirm.

The district court properly concluded
that it lacked subject matter jurisdiction
under the *Rooker–Feldman* doctrine be-
cause Sherman's action amounted to a for-

bidden "de facto appeal" of a state court
judgment and raised constitutional claims
that were "inextricably intertwined" with
that state court judgment. *See id.* at
1163–65 (discussing *Rooker–Feldman* doc-
trine); *see also Henrichs v. Valley View
Dev.,* 474 F.3d 609, 616 (9th Cir.2007)
(*Rooker–Feldman* doctrine barred plain-
tiff's claim because alleged legal injuries
arose from the "state court's purportedly
erroneous judgment" and the relief he
sought "would require the district court to
determine that the state court's decision
was wrong and thus void").

The district court did not abuse its dis-
cretion in dismissing without leave to
amend because amendment would have
been futile. *See Albrecht v. Lund,* 845
F.2d 193, 195 (9th Cir.1988) (dismissal
without leave to amend is not an abuse of
discretion if amendment would be futile).

We do not consider arguments and alle-
gations raised for the first time on appeal.
*See Padgett v. Wright,* 587 F.3d 983, 985 n.
2 (9th Cir.2009) (per curiam).

Sherman's contentions concerning the fi-
nality of the state court judgment, her
entitlement to a jury trial in this action,
and defense counsel's allegedly improper
citations to judicially noticeable state court
proceedings and documents are unpersua-
sive.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.